UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Kevin Ashby,

          Plaintiffs,

vs.                               ORDER ADOPTING
                                  REPORT AND RECOMMENDATION

Autumn Park Apartments, and
United Towing, Inc.,

          Defendants.         Civ. No. 07-4766 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

       Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

       1.    That the Plaintiffs' Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied, as moot.

       2.    That this action is summarily dismissed, but without prejudice, pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).


Dated: 01/14/08                                            <u>s/Patrick J. Schiltz</u>
                                                        Patrick J. Schiltz, Judge
                                                         United States District Court